No. 711, Misc.   ALLEN *v.* MURPHY, WARDEN.   Appellate Division of the Supreme Court of New York, Fourth Judicial Department.   Certiorari denied.

No. 726, Misc.   SANDERS *v.* NEW YORK.   Appellate Division of the Supreme Court of New York, First Judicial Department.   Certiorari denied.

No. 1008.   B & G ELECTRIC Co. *v.* G. E. BASS & Co., INC.   C. A. 5th Cir.   Certiorari denied.   *Robert L. Taylor* for petitioner.

No. 731, Misc.   HARPER *v.* BANMILLER, WARDEN.   Supreme Court of Pennsylvania, Eastern District.   Certiorari denied.

No. 743, Misc.   CATO *v.* OHIO.   Supreme Court of Ohio.   Certiorari denied.   *Leo F. Lightner* for petitioner. *Daniel L. O'Connor* for respondent.

No. 744, Misc.   MOORE *v.* McNEILL, DIRECTOR, MATTEAWAN STATE HOSPITAL.   Supreme Court of New York, Dutchess County.   Certiorari denied.

No. 700, Misc.   ROMERO *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Warren M. Christopher* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 714, Misc.   BOLISH *v.* PENNSYLVANIA.   Supreme Court of Pennsylvania, Eastern District.   Certiorari denied.